# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>        Plaintiff,<br><br>    v.<br><br>AVIS 2, LLC,<br><br>        Defendant. | Case No. 17-cv-05805 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 21 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement, as requested by plaintiff. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: June 8, 2018

                                          Nathanael M. Cousins
                                          United States Magistrate Judge